UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE YOLETTE BROWN,<br><br>Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE, REBECCA PELLECHI, individually, as a Supervisor with KAISER PERMANENTE,<br><br>Defendants. | No. 2:14-cv-1069 KJM DAD PS<br><br><br>ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

Plaintiff Michelle Brown, proceeding pro se, commenced this action on April 30, 2014, by filing a complaint and paying the required filing fee. The Clerk has issued summons and the case has been referred to the undersigned pursuant to Local Rule 302(c)(21).

On July 23, 2014 the court issued an order setting a Status (Pretrial Scheduling) Conference in this matter for September 5, 2014. Pursuant to the order plaintiff was to file a status report on or before August 22, 2014. Plaintiff, however, did not file a status report.

On September 5, 2014, the matter came before the undersigned for the Status (Pretrial Scheduling) Conference. Plaintiff Michelle Brown appeared on her own behalf. No appearance was made by, or on behalf of, any defendant.[1] Plaintiff stated that she did not receive the July 23,

---

[1] At the time of the Status Conference, however, plaintiff had not filed a proof of service of the complaint. Plaintiff did so later that day. (Dkt. No. 6.) Plaintiff, however, did not file a proof of

1

2014 order because she had provided the court with an incorrect address of record.  Accordingly, the undersigned ordered plaintiff to immediately file an updated notification of her correct address and continued the status conference to October 17, 2014.  As of the date of this order, plaintiff has not corrected her address with the court.

Accordingly, **IT IS ORDERED** that:

1. A Status (Pretrial Scheduling) Conference is set for **Friday, October 17, 2014, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

2. The Clerk of the Court is directed to serve this order on the defendants at the addresses listed on the proof of service filed by plaintiff on September 5, 2014 (Dkt. No. 6);

3. Any party may appear at the Status (Pretrial Scheduling) Conference telephonically if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 at least 48 hours before the Status (Pretrial Scheduling) Conference.  A land line telephone number must be provided;

4. Plaintiff shall file and serve a status report on or before **October 3, 2014**, and defendants shall file and serve status reports on or before **October 10, 2014**.  Each party's status report shall address all of the following matters:

    a.    Progress of service of process;

    b.    Possible joinder of additional parties;

    c.    Possible amendment of the pleadings;

    d.    Jurisdiction and venue;

    e.    Anticipated motions and the scheduling thereof;

    f.    Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g.    Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    h.    Modification of standard pretrial procedures specified by the rules

---

service of the court's July 24, 2014 order as she was directed to do in that order.

due to the relative simplicity or complexity of the action;

    i.    Whether the case is related to any other case, including matters in bankruptcy;

    j.    Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

    k.    Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

    l.    Any other matters that may aid in the just and expeditious disposition of this action.

5. Plaintiff is advised that failure keep the court apprised of her current and correct address, file a timely status report, or failure to appear at the status conference either in person or telephonically, may result in a recommendation that this action be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules. See Local Rules 110 and 183;

6. Plaintiff is cautioned that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on the defendant within 120 days after the complaint was filed.

7. Plaintiff shall provide the court with her correct address within fourteen days of the date of this order.

Dated:  September 12, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\brown1069.ossc2.docx

3