1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MICHELLE YOLETTE BROWN,                        No.  2:14-cv-1069 KJM DAD PS

12              Plaintiff,

13         v.                                        ORDER

14    KAISER PERMANENTE, REBECCA
      PELLECHI, individually, as a Supervisor
15    with KAISER PERMANENTE,

16              Defendants.

17

18          Plaintiff Michelle Brown, proceeding pro se, commenced this action on April 30, 2014, by

19    filing a complaint and paying the required filing fee.  The case has been referred to the

20    undersigned pursuant to Local Rule 302(c)(21).

21          On October 5, 2015, defendants filed an "EX PARTE APPLICATION FOR ORDER

22    EXTENDING MOTION AND DISCOVERY DEADLINES BY 120 DAYS."  (Dkt. No. 37 at 1.)

23    Although defendants' motion is styled as seeking only to extend the law and motion and

24    discovery deadlines, an extension of those dates by a 120 days as requested would clearly require

25    a rescheduling of all deadlines previously set in this action.  Moreover, defendants' ex parte

26    application states that plaintiff "declined to stipulate to the requested extension" of time.  (Id. at

27    2.)

28    /////

                                                     1

In light of the nature of defendants' request and plaintiff's opposition, defendants' ex parte application will be set for hearing before the undersigned.

Accordingly, **IT IS ORDERED** that:

1. The hearing of defendants' ex parte application for order extending law and motion and discovery deadlines (Dkt. No. 37) is set for **Friday, November 6, 2015, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

2. Any party may appear at the hearing if the party pre-arranges such appearance by contacting Pete Buzo, the courtroom deputy of the undersigned magistrate judge, at (916) 930-4128 at least 48 hours before the hearing. A land line telephone number must be provided;

3. Plaintiff shall file and serve an opposition, or statement of non-opposition, on or before **October 23, 2015**, and defendants shall file and serve a reply on or before **October 30, 2015**; and

4. The currently scheduled October 30, 2015 discovery deadline is hereby extended to November 6, 2015.[1]

Dated: October 8, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\brown1069.eot.hrg.ord.docx

---

[1] Any further amendment to the court's January 26, 2015 scheduling order will be addressed at the November 6, 2015, hearing.