UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE YOLETTE BROWN,<br><br>Plaintiff,<br><br>v.<br><br>KAISER PERMANENTE, REBECCA PELLECHI, individually, as a Supervisor with KAISER PERMANENTE,<br><br>Defendants. | No. 2:14-cv-1069 KJM CKD PS (TEMP)<br><br>**ORDER** |

Plaintiff Michelle Brown, proceeding pro se, commenced this action on April 30, 2014, by filing a complaint and paying the required filing fee. The case has been referred to the undersigned pursuant to Local Rule 302(c)(21).

On March 16, 2016, the matter came before the undersigned for hearing of defendants' motion for summary judgment. Plaintiff Michelle Brown appeared on her own behalf. Attorney Maureen Bogue appeared on behalf of the defendants.

Upon consideration of the arguments on file and those made at the hearing, and for the reasons set forth on the record at that hearing, IT IS HEREBY ORDERED that:

    1. The April 22, 2016 final pretrial conference and June 20, 2016 jury trial are vacated;

/////

1

      2. Defendants shall file, and serve on plaintiff, complete copies of the transcripts of plaintiff's depositions;

      3. Within 14 days of the date of this order plaintiff shall file an opposition to defendants' motion for summary judgment that complies with Local Rule 260(b); and

      4. Defendants' motion for summary judgment is taken under submission.

Dated: March 17, 2016

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

BVD/brown1069.oah.031616.docx